UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN SHAW, JR., | : | CIVIL NO: 3:20-CV-01594 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| WAYNE MEMORIAL HOSPITAL, | : | |
| Defendant. | : | |

**ORDER**
May 7, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendant's motion (*doc. 47*) to dismiss is **DENIED**.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge