UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN SHAW, JR., | : | **3:20-CV-01594** |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| WAYNE MEMORIAL HOSPITAL, | : | |
| Defendant. | : | |

# ORDER
March 4, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Wayne Memorial Hospital's motion for involuntary dismissal pursuant to Fed. R. Civ. P. 41(b), or, in the alternative, for summary judgment (*doc. 123*) is **GRANTED** to the extent that Wayne Memorial Hospital is granted summary judgment as to Shaw's claims. The Clerk of Court shall enter judgment and close the case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge